**Herman C. SOMMER, Appellant, v. ROTARY LIFT COMPANY and Peter J. Lunati, Appellees.**

No. 6847.

Circuit Court of Appeals, Ninth Circuit.

Nov. 13, 1933.

Raymond Ives Blakeslee and Kelly L. Taulbee, both of Los Angeles, Cal., for appellant.

Williams, Bradbury, McCaleb & Hinkle, of Chicago, Ill., and Chas. M. Fryer and A. C. Aurich, both of San Francisco, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of appellant, consented to by counsel for appellee, ordered appeal dismissed; decree of dismissal to be entered; mandate issued forthwith.

---

**SPERONI v. UNITED STATES of America.**

No. 5021.

Circuit Court of Appeals, Seventh Circuit.

Oct. 6, 1933.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments by Gerald T. Wiley, of Chicago, Ill., counsel for appellant, and by Daniel Anderson, of Chicago, Ill., counsel for appellee. On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Northern District of Illinois, Western Division, in this cause, be, and the same is hereby, affirmed.

---

**In re S. P. STEIN, Inc., Appellee.**

**In re STERN & STERN TEXTILE IMPORTERS, Inc., et al., Appellants.**

No. 52.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

Frank J. McEwen, of New York City, for appellants.

Max E. Sanders, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on authority of Ohio Motor Car Co. v. Eiseman Magneto Co. (C. C. A.) 230 F. 370, and In re Goldman-Rosenzweig Co. (C. C. A.) 65 F.(2d) 390.